United States District Court
Southern District of Texas
**ENTERED**
January 27, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TRODERICK MERRITT, (SPN #01788149) Petitioner, | § § § § |
| vs. | § CIVIL ACTION H-17-0252 |
| ED GONZALEZ, Respondent. | § § § § |

## ORDER OF DISMISSAL

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is dismissed without prejudice.

SIGNED at Houston, Texas, on January 27, 2017.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

O:\RAO\VDG\2017\17-0252.a01.wpd